IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARL STOKES,                    )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:10cv512-MHT
                                )          (WO)
ALFA MUTUAL INSURANCE           )
COMPANY,                        )
                                )
    Defendant.                  )
```

OPINION AND ORDER

It is ORDERED that the joint motion for reconsideration (doc. no. 51) is denied.

This court has made clear that, "Absent stated unforeseen and unavoidable circumstances beyond the control of the movant, ... 'eleventh hour' extension requests and motions will be denied outright." Scheduling Order (Doc. No. 27), § 15(B).  The movant has failed to offer any explanation as to why the initial motion to extend the discovery deadline (doc. no. 49) was filed on the very deadline date for discovery in this case, rather than days, or even weeks, in advance.  And because there is no basis for the extension of the discovery deadline,

there is no basis for the extension for the dispositive-motion deadline.

DONE, this the 14th day of July, 2011.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE