IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARL W. STOKES,                 )
                                )
    Plaintiff,                  )
                                )
    v.                          )    CIVIL ACTION NO.
                                )      2:10cv512-MHT
ALFA MUTUAL INSURANCE           )         (WO)
COMPANY,                        )
                                )
    Defendant.                  )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment (doc. no. 62) filed by defendant Alfa Mutual Insurance Company is granted.

(2) Judgment is entered in favor of defendant Alfa Mutual Insurance Company and against plaintiff Carl W. Stokes, with plaintiff Stokes taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Stokes, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of November, 2011.

                                  /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE