IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARL W. STOKES,            )<br>                           )<br>    Plaintiff,             )<br>                           )<br>    v.                     )<br>                           )<br>ALFA MUTUAL INSURANCE      )<br>COMPANY,                   )<br>                           )<br>    Defendant.             ) | CIVIL ACTION NO.<br>   2:10cv512-MHT<br>      (WO) |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment (doc. no. 62) filed by defendant Alfa Mutual Insurance Company is granted.

(2) Judgment is entered in favor of defendant Alfa Mutual Insurance Company and against plaintiff Carl W. Stokes, with plaintiff Stokes taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Stokes, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 9th day of November, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**